US District Court
320 6th St, Rm 301
Sioux City, IA 51101

RECEIVED
MAY 31 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

May 22, 2024

Clerk:

    I am writing to try to get a copy of a paper that I supplied as an exhibit in one of my motions. I somehow misplaced my copy and I need a copy to supply proof of hours for the Dept of Labor.

    I am enclosing a copy of a sheet that looks very similar to the one I need. The only difference being that it is for Welding not electrical and it is signed by Rocky Rodriguez. It can be found in on of 2 places. It is either in Docket #59 under Exhibit B or in Docket #62 and under the Exhibit for Dept of Labor welding hours.

I am also wondering if there has been any movement in my CR/RIS case. I first filed almost 2 years ago and filed a supplemental over 1 year ago and have still heard nothing. I am currently in the process of getting another update prepared for the court.

I would like to thank you in advance for all your help in these important matters.

Take care,

*[signature]*

Andrew Smith 16882-029
FCI Thomson
P.O. Box 1002
Thomson, IL 61285

Mr. Smith

Please find enclosed a copy of exhibit B from docket no. 59 and exhibit D docket no. 62. The cost for any additional copies will be $.50 per page. Your motions remain pending with the court.

Thank you

# FCI HERLONG
## OUT SUMMARY WORKSHEET
### Electrician / Welding

Instructions:
Complete Columns 1, 2, & 3 when apprentice is indentured into the program.
Complete Columns 4 & 5 when the apprentice completes the program or withdrawn due to PMI or PWV.

Apprentice Name: Smith, Andrew   Reg. No.: 16882-029

*I also think it is 2 pages*

| WORK PROGRESS | COLUMN 1 Total Hours Required per Standards | COLUMN 2 Allocated Credit For Previous Hours (per DOL) | COLUMN 3 Hours Remaining to Complete Program (Subtract Column 2 from Column 1) | COLUMN 4 Hours Completed at FCI Herlong (From local Records) | COLUMN 5 Hours Completed Entire Program (Add Column 2 and Column 4) |
|---|---|---|---|---|---|
| Wiring | 1,100 | 522½ | 577½ | 56.5 | 579 |
| Control Equipment | 500 | 237½ | 262½ | 43.5 | 281 |
| Fixture Work | 200 | 95 | 105 | 40 | 135 |
| Lighting | 1,500 | 712 | 788 | 28 | 740 |
| Assembly | 300 | 142 | 158 | 40 | 182 |
| Installation | 1,200 | 570 | 630 | 36 | 606 |
| Electric Motors | 500 | 237 | 263 | 40 | 277 |
| General Maintenance | 750 | 356 | 394 | 40 | 396 |
| Hanging | 100 | 47 | 53 | 35 | 75 |
| Electronic Controls & Equipment | 200 | 95 | 105 | 40 | 135 |
| Instrumentation | 1,250 | 593 | 657 | 32 | 625 |
| Safety Electrical | 400 | 190 | 210 | 32 | 222 |
| TOTAL | | | | 463 | 4253 |

(Close out SENTRY with these hours)

Apprenticeship Coordinator: Rocky Rodriguez   Date: 4-15-21
Supervisor of Education   Date: 4-15-21

Case 3:16-cr-03048-LTS-KEM   Document 66   Filed 05/31/24   Page 3 of 4

Andrew Smith 16882-029
FCI Thomson
P.O. Box 1002
Thomson, IL 61285

U.S. District Court
N.D. of Iowa
320 6th St., Room 301
Sioux City, IA 51101

QUAD CITIES IL 612
23 MAY 2024 PM
5-28-24 MMC
BAYER US MARSHALS SERVICE